UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JENISA ANGELES, on behalf of herself and all : 20-Cv-10797 (SHS)
others similarly situated,
:
                Plaintiffs,        ORDER
    -v-                                        :

BON BON BON, LLC,                        :

                Defendant.      :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Clerk of Court is directed to amend the caption in this matter as follows:

        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
        ---------------------------------------------------------------x

        JENISA ANGELES,                       :

                Plaintiff,                  :
           -v-
                                           :
        BON BON BON, LLC,
                                         :
                Defendant.
        ---------------------------------------------------------------x

Dated: New York, New York
       March 10, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.